IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )
                                )
        vs.                     )
                                )
LAMPHONE SANOUVONG, et al.,     )
                                )   No. 3:04cr0126-HRH
                    Defendants. )
_____)

O R D E R

Case Status

       The court's case manager reports that between June 27, 2005, and August 3, 2005, eight defendants named in the above-captioned case were sentenced either in the case noted or in spin-off cases that were opened with the filing of informations stating lesser offenses. In a number of instances, the forfeiture counts were left open at sentencing, and the court is informed that there are unresolved forfeiture proceedings as to eight defendants. The defendants are:

```
        Lamphone Sanouvong        (D-01)
        Khonesavanh Thinoi        (D-03)
        Rungsee Muangkeo          (D-04)
        Mayuree Muangkeo          (D-05)
        Monthree Udomsin          (D-08)
        Karry Chindarak           (D-09)
        Jannie Keomany            (D-10)
        Bounlay Chitpaseuth       (D-15)
```

- 1 -

Government counsel will please take action to bring these forfeiture proceedings to a close no later than August 8, 2006.

DATED at Anchorage, Alaska, this <u>24th</u> day of July, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge