DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-126-HRH |
| | ) | |
| Plaintiff, | ) | **MOTION FOR FINAL DECREE** |
| v. | ) | **OF FORFEITURE** |
| | ) | |
| LAMPHONE SANOUVONG, | ) | |
| KHONESAVANH THINOI, | ) | |
| RUNGSEE MUANGKEO, | ) | |
| MAYUREE MUANGKEO, | ) | |
| MONTHREE UDOMSIN, | ) | |
| KARRY CHINDARAK, | ) | |
| JANNIE KEOMANY, and | ) | |
| BOUNLAY CHITPASEUTH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, hereby moves this Court

for a Final Decree of Forfeiture in the above-styled case. This motion is supported by the

attached Declaration of Counsel.

DATED this 8th day of August, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing
MOTION FOR FINAL DECREE OF FORFEITURE,
DECLARATION OF COUNSEL, and proposed FINAL
DECREE OF FORFEITURE were sent electronically
this 8th day of August, 2006, to:

HUGH W. FLEISCHER (def. Sanouvong)
Law Offices of Hugh W. Fleischer
310 K Street, Suite 200
Anchorage, AK 99501

T. BURKE WONNELL (def. Khanthavong)
2600 Denali Street, Suite 460
Anchorage, AK 99503

RANDALL CAVANAUGH (def. Thinoi)
Kalamarides & Lambert, Inc.
711 H Street, Suite 450
Anchorage, AK 99501

KEVIN McCOY (def. R. Muangkeo)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

WILLIAM D. ENGLISH (def. M. Muangkeo)
310 K Street, Suite 200
Anchorage, AK 99501

HENRY GRAPER, III (def. P. Nasunin)
Gorton & Logue
737 M Street
Anchorage, AK 99501

JOHN M. MURTAGH (def. P. Nasunin)
1101 W. 7th Avenue
Anchorage, AK 99501

JOE P. JOSEPHSON (def. Jones)
Josephson & Associates
912 W. 6th Avenue
Anchorage, AK 99501

DAVID R. WEBER (def. Udomsin)
Vasquez & Weber, P.C.
943 W. 6th Avenue, Suite 132
Anchorage, AK 99501

LANCE C. WELLS (def. Chindarak)
Law Offices of Lance C. Wells, P.C.
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501

WILLIAM F. DEWEY (def. Keomany)
Ashton & Dewey
1101 W. 7th Avenue
Anchorage, AK 99501

RONALD A. OFFRET (def. Powers)
Aglietti, Offret & Woofter
733 W. 4th Avenue, Suite 206
Anchorage, AK 99501

MARK D. OSTERMAN (def. Suksumek)
Osterman Law Office
Box 668
Kenai, AK 99611

SCOTT A. STERLING (def. Chitpaseuth)
Sterling & DeArmond, P.C.
851 E. Westpoint Drive, Suite 201
Wasilla, AK 99654

WILLIAM B. CAREY (def. Suksanguan)
Carey Law Office
1502 W. 34th Avenue
Anchorage, AK 99503

s/James Barkeley